PROB 12C
(NYEP-12/2/04)

# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Daniel Mei**　　　　　　　　　　　Case Number **05-CR-00250**

Name of Sentencing Judicial Officer: **The Honorable Allyne R. Ross, United States District Judge**

Date of Original Sentence: **July 23, 2003**

Original Offense: **Conspiracy to Produce, Traffic In, Have Control and Custody of and Possess Device-Making Equipment with Intent to Defraud, in violation of 18 U.S.C. § 1029(b)(2)**

Original Sentence: **Four-months custody; two years supervised release; $100 SAF; and a $2,000 fine**

Type of Supervision: **Supervised Release**　　　Date Supervision Commenced: **December 30, 2003**

Assistant U.S. Attorney: **To Be Assigned**　Defense Attorney: **Joel S. Cohen, Esq.**

========================================================================

### PETITIONING THE COURT

☐　To issue a warrant.

☒　To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to comply with the Court-ordered special condition to reside in a community confinement center (CCC) approved by the Probation Department and adhere to all rules and conditions established by the CCC, including the payment of sustenance costs. |

U.S. Probation Officer Recommendation:

- ☐ The term of supervision should be
  - ☒ Revoked
  - ☐ Extended for _____ years, for a total term of _____ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

_____
Yara X. Suarez
U.S. Probation Officer

Approved by:

_____ for E·K _____
Eileen Kelly
Deputy Chief U.S. Probation Officer
Date: 11/23/05

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 13 2005 ★
BROOKLYN OFFICE

THE COURT ORDERS:
- ☒ The Issuance of a Summons
- ☐ The Issuance of a Warrant.
- ☐ No Action
- ☐ Other

_____
Signature of Judicial Officer

11/28/05
Date